```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPACE SYSTEMS/LORAL, LLC,

                Petitioner,

    - against -

BULSATCOM EAD,

                Respondent.

**PRELIMINARY INJUNCTION ORDER**

18 Civ. 2216 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at the May 23, 2018 conference, Petitioner Space Systems/Loral, LLC's application for a preliminary injunction is GRANTED. Accordingly, it is hereby ORDERED that Respondent Bulsatcom EAD, together with its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Respondent or any of its officers, agents, servants, employees, or attorneys, are enjoined and restrained from transferring or attempting to transfer any funds out of the segregated restricted account established by Respondent at Deutsche Bank AG, London Branch without Petitioner's prior written consent.

Dated: New York, New York
       June 8, 2018

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge